UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CEDAE HARDY,** <br><br> **Defendant.** | **Crim. Action No. 1:23CR296-RJL** |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel from the Federal Public Defender's Office hereby respectfully moves the Court to permit counsel to withdraw as counsel of record in the above-captioned matter. Undersigned counsel was appointed to represent Mr. Hardy on August 31, 2023. Mr. Hardy has since requested that the Court appoint him new counsel. Attorney Christopher Davis has agreed to represent Mr. Hardy and has entered his appearance. Mr. Davis intends to appear at the next scheduled status hearing conferenced on December 19, 2023. Accordingly, counsel respectfully moves the Court to enter an Order permitting undersigned counsel to withdraw.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

ELIZABETH MULLIN
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500